United States District Court
Southern District of Texas
ENTERED
SEP 0 3 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| RON L. YOUNG | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-106 |
| | § | |
| WARDEN ANDERSON, ET AL. | § | |

### ORDER OF DISMISSAL

On November 20, 1997, Ron Lloyd Young ("Young"), an inmate in the Texas Department of Corrections ("TDC"), filed a 42 U.S.C. § 1983 case in the Houston Division of the Southern District of Texas against three TDC employees. Young alleged in his complaint that while incarcerated in the Willacy State Jail Facility, he was falsely accused of being involved in a riot.

According to him, these false charges originated with defendant Edwards and were subsequently affirmed by defendants Barrera and Anderson. Young claims that he was fined, placed in close custody, and denied parole because of these charges.

On January 27, 1998, the District Clerk advised Young of his obligation to pay court costs or file an application to proceed *in forma pauperis*. (Docket entry 2)

On July 1, 1998, after reviewing the report of Young's prisoner trust fund, U.S. District Judge John Rainey entered an Order (Docket entry 4) requiring Young to pay court costs pursuant to the provisions of 28 U.S.C. § 1915. The Order required payment of the first installment of $11.31 within thirty days of receipt of the Order. The Order went on to state that if the installment was not paid within thirty days or the plaintiff failed to show insufficient assets to pay the installment, the case would be dismissed. On the same day, Judge Rainey signed an Order (Docket entry 5) transferring the case to the Brownsville Division.

As of the date of this Order, Young has not paid any portion of the court costs, nor has he claimed that he lacks sufficient assets to pay the fees.

It is ORDERED that this case be **DISMISSED** without prejudice, *Cachere v. Barrera*, 135 F.3d 950 (5th Cir. 1998).

SIGNED at Brownsville, Texas, this ___1___ of ___September___ 1998.

_____
Hilda G. Tagle
United States District Judge